## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | | |
|---|---|---|
| Mark and Tabitha Gravely, | : | |
| individ & as H/W | : | |
| 18 Hepburn Lane | : | No.:   09-5435 |
| Willingboro, NJ 08046 | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Wabash National Corporation, et al | : | |
| 1000 Sagamore Pkwy S | : | |
| Lafayette, IN 47903 | : | |
| John Does 1-10 | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2010, upon consideration of counsel for Plaintiffs' Motion for Leave to Withdraw, and in any response thereto, it is hereby ORDERED and DECREED that Counsel's Motion is GRANTED, and the Clerk shall mark counsel's representation terminated.

**AND IT IS SO ORDERED.**


_____
Joel Schneider                                      ,M.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| Mark and Tabitha Gravely, | : | |
| individ & as H/W | : | |
| 18 Hepburn Lane | : | No.: 09-5435 |
| Willingboro, NJ 08046 | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Wabash National Corporation, et al | : | |
| 1000 Sagamore Pkwy S | : | |
| Lafayette, IN 47903 | : | |
| John Does 1-10 | : | |
| Defendants. | : | |

### COUNSEL FOR PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW

Incorporating by reference the attached Memorandum of Law, counsel for Plaintiffs requests this Honorable Court's leave to withdraw.

WHEREFORE, counsel for Plaintiffs requests this Honorable Court's leave to withdraw.

                                                   WEISBERG LAW, P.C.

                                                   /s/ Matthew B. Weisberg
                                                   Matthew B. Weisberg, Esquire
                                                   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| Mark and Tabitha Gravely, | : | |
| individ & as H/W | : | |
| 18 Hepburn Lane | : | No.:    09-5435 |
| Willingboro, NJ 08046 | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Wabash National Corporation, et al | : | |
| 1000 Sagamore Pkwy S | : | |
| Lafayette, IN 47903 | : | |
| John Does 1-10 | : | |
| Defendants. | : | |

## MEMORANDUM OF LAW OF COUNSEL FOR PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW

This is an action in product liability arising out of diversity jurisdiction resulting in Plaintiffs' personal injuries.

After a contentious relationship, Plaintiff, Mark Gravely, terminated[1] instant counsel.

Counsel for Plaintiff requests leave to withdraw. RPC 1.16(a)(3).

Notwithstanding termination, counsel for Plaintiff and Plaintiffs have an irreconcilable conflict of interest subject to attorney-client privilege.

Counsel for Plaintiff requests leave to withdraw. Id., at (b)(6).

Notwithstanding counsel's termination and an otherwise irreconcilable conflict of interest, this matter imposes upon counsel an additional conflict of interest regarding counsel's financial abilities towards ongoing prosecution and this matter's financial needs.

Counsel for Plaintiff requests leave to withdraw. Id., at (b)(5).

---

[1] Later, plaintiff recanted; however, the damage to the attorney-client relationship is done. Id., at (b)(5).

WHEREFORE, counsel for Plaintiff requests this Honorable Court's leave to withdraw.

                    WEISBERG LAW, P.C.

                    <u>/s/ Matthew B. Weisberg</u>
                    Matthew B. Weisberg, Esquire
                    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| Mark and Tabitha Gravely, | : | |
| individ & as H/W | : | |
| 18 Hepburn Lane | : | No.:  09-5435 |
| Willingboro, NJ 08046 | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Wabash National Corporation, et al | : | |
| 1000 Sagamore Pkwy S | : | |
| Lafayette, IN 47903 | : | |
| John Does 1-10 | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 20th day of July, 2010, a true and correct copy of the foregoing Memorandum of Law of Counsel for Plaintiffs' Motion for Leave to Withdraw was served via ECF, upon the following parties:

Gerhard P. Dietrich, Esq.
Ward Greenberg Heller & Reidy, LLP
1835 Market Street, Suite 650
Philadelphia, PA 19103

                                        WEISBERG LAW, P.C.

                                        /s/ Matthew B. Weisberg
                                        Matthew B. Weisberg, Esquire
                                        Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| Mark and Tabitha Gravely, | : | |
| individ & as H/W | : | |
| 18 Hepburn Lane | : | No.:   09-5435 |
| Willingboro, NJ 08046 | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | Jury of Twelve (12) Jurors Demanded |
| Wabash National Corporation, et al | : | |
| 1000 Sagamore Pkwy S | : | |
| Lafayette, IN 47903 | : | |
| John Does 1-10 | : | |
| Defendants. | : | |

## **AFFIDAVIT**

I, Matthew B. Weisberg, Esquire, am competent to enter into this affidavit, and hereby swear/affirm that the foregoing is true and accurate upon information and belief, subject to penalty for falsehoods.

                    WEISBERG LAW, P.C.

                    /s/ Matthew B. Weisberg
                    Matthew B. Weisberg, Esquire
                    Attorneys for Plaintiffs